UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL E. BETZER, JR.,

       Plaintiff,                                             Case No. 08-10246
                                                               HON. BERNARD A. FRIEDMAN

vs.

THOMAS K. BELL,

       Respondent.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Paul J. Komives' Report and Recommendation dated December 30, 2008. No objections were filed thereto.

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Paul J. Komives' Report and Recommendation dated December 30, 2008, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Petitioner's application for writ of habeas corpus is DENIED.

IT IS FURTHER ORDERED that Petitioner's motion for release from custody is DENIED.


Dated: January 30, 2009                     s/Bernard A. Friedman
      Detroit, Michigan                   BERNARD A. FRIEDMAN
                                                   UNITED STATES DISTRICT JUDGE